IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CHAD ALLEN WILLIAMSON, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 1:16-CV-65 (WLS) |
| BEN HILL COUNTY LEC, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Plaintiff Chad Allen Williamson, an arrestee previously detained at the Ben Hill County Law Enforcement Center ("LEC") in Fitzgerald, Georgia, has filed a *pro se* civil rights complaint in this Court seeking relief under 42 U.S.C. § 1983. Consistent with the Court's usual procedure in *pro se* prisoner actions, a form for consent to the exercise of jurisdiction by a United States Magistrate Judge was mailed to Plaintiff at the address he provided. *See* 28 U.S.C. § 636(c)(1). The consent form has now been returned to the Court marked "RTS no longer at this address." (Doc. 5.) Plaintiff is thus apparently no longer confined at the Ben Hill County LEC, and the Court has no information about Plaintiff's current whereabouts. For this reason, and for Plaintiff's failure to diligently prosecute his case by informing the Court of a change in his mailing address, the Complaint is **DISMISSED** without prejudice to Plaintiff's right to refile.

**SO ORDERED,** this __2nd__ day of May, 2016.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**